# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America**,** | Criminal No. 07-139 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Adan Aguilar Alarcon**,** | |
| Defendant. | |

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge Jeanne J. Graham dated June 14, 2007.  Defendant has filed no objections to the Report and Recommendation in the time period permitted for objections.  See 28 U.S.C. § 636(b); D. Minn. LR 72.2(a).  The Court therefore **ADOPTS** the Report and Recommendation (Docket No. 36) and **HEREBY ORDERS** that Defendant's Motion to Suppress Statements, Admissions, and Answers (Docket No. 20) is **DENIED.**

Dated: July 10, 2007

s/ Paul A. Magnuson
PAUL A. MAGNUSON
Senior Judge, U.S. District Court